# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRIGHTVIEW LANDSCAPES, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civ. Action No. 8:25-cv-02059-DKC |
| v. | : | |
| | : | |
| PETER SACCO and RIVERVIEW | : | |
| COMPANIES NORTHEAST LLC | : | |
| D/B/A RIVERVIEW LANDSCAPES | : | |
| | : | |
| Defendant. | : | |

## PRELIMINARY INJUNCTION HEARING SCHEDULING ORDER

**AND NOW,** this _____ day of _____, 2025, upon consideration of Plaintiff BrightView Landscapes, LLC's ("BrightView") Motion for Preliminary Injunction (the "Motion") against Defendants Peter Sacco ("Sacco") and Riverview Companies Northeast, LLC ("Riverview") it is hereby ordered that a hearing on the Motion shall be held on: _____, 2025 at _____.

BY THE COURT:

_____

J.

11608798.v1