**AFFIDAVIT OF SERVICE**

**INDEX #: 8:25-CV-02059-DKC** **JOB #: 2028476**
DATE FILED: **7/8/2025**
ATTORNEY: **KLEHR HARRISON HARVEY BRANZBURG LLP**
**1835 MARKET STREET SUITE 1400 PHILADELPHIA PA 19103 ( ) -**

**UNITED STATES DISTRICT COURT FOR THE**
DISTRICT OF MARYLAND

**BRIGHTVIEW LANDSCAPES, LLC**
Plaintiff(s)
- against -
**PETER SACCO AND RIVERVIEW COMPANIES NORTHEAST, LLC D/B/A RIVERVIEW LANDSCAPES**
Defendant(s)

**STATE OF NEW YORK:**
**COUNTY OF ALBANY: ss:**

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **07/09/2025, 11:42AM** at **207 MAPLE AVENUE, SELKIRK, NY 12158**, deponent served a **ATTORNEY'S COVER LETTER, SUMMONS IN A CIVIL ACTION, VERIFIED AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES WITH SUPPORTING EXHIBITS A-D, CIVIL COVER SHEET, BRIGHTVIEW LANDSCAPES, LLC MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY AND PLAINTIFF'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF ITS MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** upon **PETER SACCO**, a defendant in the above captioned matter.

By delivering a true copy thereof to and leaving with **CURTIS TIRONI/CO-WORKER**, a person of suitable age and discretion at the above address, the said premises being the defendant's place of business within the State of NEW YORK.

**PETER SACCO WAS SERVED AT THE ABOVE ADDRESS, WHICH IS THE LOCATION OF HIS EMPLOYER, RIVERVIEW LANDSCAPES.**

Deponent completed service by depositing a copy of the **ATTORNEY'S COVER LETTER, SUMMONS IN A CIVIL ACTION, VERIFIED AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES WITH SUPPORTING EXHIBITS A-D, CIVIL COVER SHEET, BRIGHTVIEW LANDSCAPES, LLC MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY AND PLAINTIFF'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF ITS MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Officein the **State of NEW YORK**, on **07/09/2025** addressed to defendant **PETER SACCO** at **207 MAPLE AVENUE, SELKIRK, NY 12158** with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the **defendant, PETER SACCO.**

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Perceived Gender **M** Approximate age **38** Approximate height **5'08"** Approximate weight **150** Perceived Race **WHITE**
Color of hair **BLACK**

**CURTIS TIRONI** told the deponent that **PETER SACCO** was not presently in the military service of the United States Government or on active duty in the military service in the State of **NEW YORK** or a dependent of anybody in the military.

Sworn to before me on 07/10/2025
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

X S. Marie
STEF MARIE

**C-ME PROCESS SERVICE LLC**
**646 SOUTH 9TH STREET LINDENHURST, NY 11757 (516)524-8018**