**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| BRIGHTVIEW LANDSCAPES, LLC<br><br>Plaintiff,<br><br>v.<br><br>PETER SACCO and RIVERVIEW COMPANIES NORTHEAST LLC D/B/A RIVERVIEW LANDSCAPES<br><br>Defendant. | : | Civ. Action No. 8:25-cv-02059-DKC |

**CONSENT ORDER**

AND NOW, this 24th day of September, 2025, upon agreement of the parties, the terms of which are contained in that Settlement Agreement (the "Settlement Agreement") entered into by the parties, the undersigned hereby enters this Consent Order and Decree (the "Consent Order"):

WHEREAS, Plaintiff BrightView Landscapes, LLC ("BrightView") filed a Verified Amended Complaint For Injunctive Relief and Damages (the "Amended Complaint") against Peter Sacco ("Sacco") and Riverview Companies Northeast LLC, d/b/a Riverview Landscapes ("Riverview," and with Sacco, the "Defendants," and with BrightView, the "Parties") (Docket No. 8);

WHEREAS, in the Amended Complaint, BrightView asserted claims against Sacco—a former BrightView employee—for violation of Sacco's Confidentiality, Noncompetition, and Nonsolicitation Agreement (the "Agreement") that Sacco entered into with BrightView in connection with his BrightView employment;

WHEREAS, BrightView alleges that Sacco violated the noncompetition provision of the Agreement because he accepted employment that, according to BrightView, required him to provide competitive services within the counties of Albany, Schenectady, Saratoga, Warren, and/or Rensselaer Counties of New York (the "Restricted Territory");

WHEREAS, BrightView further alleges that Sacco violated the Agreement because, according to BrightView, he solicited BrightView Customers (as defined in the Agreement) that he serviced during his BrightView employment on behalf of Riverview;

WHEREAS, BrightView asserted claims against Riverview—Sacco's current employer—for allegedly tortiously interfering with the Agreement;

WHEREAS, BrightView filed a Motion for Preliminary Injunction and Expedited Discovery (the "Motion") (Docket No. 9);

WHEREAS, in its Motion, BrightView sought injunctive relief to prevent the conduct alleged in the Amended Complaint from continuing;

WHEREAS, Sacco denies breaching the Agreement;

WHEREAS, Riverview denies tortiously interfering with BrightView's Agreement with Sacco;

WHEREAS, Defendants deny that BrightView is entitled to the relief sought in the Motion;

WHEREAS, Defendants have represented that Sacco will be transferred out of Riverview's Albany, New York Branch to Riverview's Poughkeepsie, New York Branch;

WHEREAS, Defendants have represented that Sacco will not provide services to Riverview within the Restricted Territory for a period of one year after execution of this Consent Order, except for as specifically provided herein;

WHEREAS, Defendants have represented that Sacco will not solicit any BrightView Customer (as the term "Customer" is defined in the Agreement and as set forth in the customer list agreed upon by the Parties pursuant to the Settlement Agreement) for a period of two years following the execution of this Consent Order and acknowledge that BrightView provided Defendants a list of BrightView Customers that Sacco is prohibited from soliciting;

WHEREAS, the Parties have simultaneously entered into the Settlement Agreement to resolve this matter for which the filing and entry of this Consent Order is a material part;

AND NOW, it is SO ORDERED that:

1. Sacco is ENJOINED, for a period of one (1) year from the date of this Consent Order, from performing any services for Riverview within the Restricted Territory except that:

   a. Sacco may drive a snowplow on behalf of Riverview within the Restricted Territory if the accumulated or anticipated snowfall within the Restricted Territory (within which Sacco resides) would render Sacco's commute to Riverview's Poughkeepsie Branch dangerous, but Sacco is prohibited from soliciting customers within the Restricted Territory while driving the snowplow or otherwise.

2. Sacco is ENJOINED, for a period of two (2) years, from the date of this Consent Order, from soliciting BrightView Customers (as the term "Customer" is defined in the Agreement and as set forth in the customer list agreed upon by the Parties pursuant to the Settlement Agreement).

3. Riverview shall pay the sum of $40,000.00 to BrightView pursuant to the terms of the Settlement Agreement.

4. The hearing scheduled on September 25, 2025 on BrightView's Motion is adjourned and the Motion shall be dismissed as moot.

5. The terms of this Consent Order shall be binding upon Defendants, their agents, heirs, assigns, successors in interest, and all persons acting on or for their behalf.

The above-captioned matter shall be dismissed with prejudice, but the Court shall retain jurisdiction over this matter for purposes of enforcing this Consent Order.

BY THE COURT:

Deborah K. Chasanow

THE HON. DEBORAH K. CHASANOW

Agreed and Accepted by the Parties:

BRIGHTVIEW LANDSCAPES, LLC

Date: Sep 22, 2025

By: Marc Pitts
Name: Marc Pitts
Title: Sr. Corporate Counsel

RIVERVIEW COMPANIES NORTHEAST LLC.

Date: Sep 22, 2025

By: [signature]
Name: Michael Waterman
Title: Chief Executive Officer

PETER SACCO

Date: Sep 22, 2025

Pete sacco
Pete sacco (Sep 22, 2025 20:12:05 EDT)

# 2025_09_22 - BrightView - Sacco - Settlement Agreement

Final Audit Report 2025-09-23

| | |
|---|---|
| Created: | 2025-09-22 |
| By: | Gregory Sellers (GSellers@klehr.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAWUcH_gm6tPcV6KG4lsQcxWqlBhRoB1AE |

## "2025_09_22 - BrightView - Sacco - Settlement Agreement" History

Document created by Gregory Sellers (GSellers@klehr.com)
2025-09-22 - 8:32:17 PM GMT

Document emailed to Marc Pitts (marc.pitts@brightview.com) for signature
2025-09-22 - 8:33:06 PM GMT

Email viewed by Marc Pitts (marc.pitts@brightview.com)
2025-09-22 - 8:39:06 PM GMT

Document e-signed by Marc Pitts (marc.pitts@brightview.com)
Signature Date: 2025-09-22 - 8:53:43 PM GMT - Time Source: server

Document emailed to Michael Waterman (mwaterman@riverviewco.com) for signature
2025-09-22 - 8:53:45 PM GMT

Email viewed by Michael Waterman (mwaterman@riverviewco.com)
2025-09-22 - 9:15:34 PM GMT

Document e-signed by Michael Waterman (mwaterman@riverviewco.com)
Signature Date: 2025-09-22 - 9:16:20 PM GMT - Time Source: server

Document emailed to psacco@riverviewco.com for signature
2025-09-22 - 9:16:22 PM GMT

Email viewed by psacco@riverviewco.com
2025-09-23 - 0:11:16 AM GMT

Signer psacco@riverviewco.com entered name at signing as Pete sacco
2025-09-23 - 0:12:03 AM GMT

Document e-signed by Pete sacco (psacco@riverviewco.com)
Signature Date: 2025-09-23 - 0:12:05 AM GMT - Time Source: server

Agreement completed.
2025-09-23 - 0:12:05 AM GMT

Adobe Acrobat Sign